MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412881)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney
450 Golden Gate Avenue
Box 36055
San Francisco, California 94102
Telephone: 415.436.7200
Fax: 415.3436.7234
E-mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-0007-SI |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** ~~**TO SEPTEMBER 6, 2013**~~**, AND EXCLUDE TIME, AND** ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| JOSE SOLTERO, | |
| Defendant. | |

The parties, by and through counsel, stipulate and agree as follows:

1. On May 23, 2013 the Court issued a ruling granting in part and denying in part that motion. The Court ordered the production of certain additional discovery. The government has produced additional discovery, the parties will be submitting a proposed protective order regarding the case (amended pursuant to the Clerk's Notice), and the parties are negotiating a procedure under which additional searches of an email account directed by the Court may occur.

2. In order to allow time for defense counsel to analyze the new discovery and obtain the

report of a forensic accountant, and for the government to conduct the required email searches, the parties have agreed to continue the next court appearance from August 16, 2013 as currently scheduled to September 6, 2013. Once the protective order is signed, the government has certain additional documents to produce.

3. The parties agree to exclude time under the Speedy Trial Act (18 U.S.C. § 3161) until and including September 6, 2013. This continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence, in light of the government's discovery obligations and the defendant's interest in reviewing and analyzing that discovery in the preparation of his defenses. The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

## STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with this Court's permission, the status conference currently scheduled for August 16, 2013, shall be continued until Septebmer 6, 2013, at 11:00 a.m. It is further AGREED that time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 16, 2013, to September 6, 2013.

SO STIPULATED AND AGREED,

DATED: August 15, 2013    MELINDA HAAG
               United States Attorney

                 /s/
               _____
               JOHN H. HEMANN
               Assistant United States Attorney

DATED: August 15, 2013      /s/
               _____
               MICHAEL J. SHEPARD
               AVI ROSENBLIT
               Counsel for Jose Soltero

1

2 **[PROPOSED] ORDER**

3 Pursuant to stipulation, IT IS SO ORDERED.

4

5 DATED:_____

6 _____
   SUSAN ILLSTON
7 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28